1  Abraham J. Colman (SBN 146933)
   Jordan Yu (SBN 227341)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: 213.457.8000
4  Facsimile: 213.457.8080

5  Attorneys for Defendant
   Resurgent Capital Services, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRESITA T. BOYLE, | Case No.: C 09-02987 BZ |
| Plaintiff, | STIPULATED PROTECTIVE ORDER |
| vs. | |
| RESURGENT CAPITAL SERVICES, L.P., | |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, and good cause
2  appearing, the Parties' Stipulated Protective Order, attached hereto as Exhibit 1, shall govern the
3  production and disclosure of confidential, proprietary, and private information in this action.

DATED: September 18 2009

By _____
Hon. Bernard Zimmerman
United States Magistrate Judge