1  Abraham J. Colman (SBN 146933)
   Jordan Yu (SBN 227341)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone:    213.457.8000
4  Facsimile:    213.457.8080

5  Attorneys for Defendant
   Resurgent Capital Services, L.P.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | ANDRESITA T. BOYLE, | Case No.:  C 09-02987 BZ |
|---|---|
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
13 | vs. | |
14 | RESURGENT CAPITAL SERVICES, L.P., | |
15 | Defendants. | Date:    October 26, 2009<br>Time:    4:00 p.m.<br>Ctrm:    G |

1    IT IS HEREBY ORDERED that defendant Resurgent Capital Services, L.P., may appear
2 telephonically at the Case Management Conference scheduled for October 26, 2009, at 4:00 p.m., in
3 Courtroom G.

DATED:   October 23, 2009

By _____/s/ Bernard Zimmerman_____
   Hon. Bernard Zimmerman
   United States Magistrate Judge